UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

State of Ohio,

v.

Antonia Bey,

Defendant.

Case No. 2:24-cv-3730

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

Antonia Bey ("Defendant") purports to remove multiple state criminal cases to federal court based on diversity jurisdiction. *See* Notice, ECF No. 1 (indicating the parties are citizens of different states and the amount in controversy exceeds $75,000).[1]

Pursuant to 28 U.S.C. § 1915, the magistrate judge performed an initial screen of this case and recommended the Court remand the action back to state court for lack of subject-matter jurisdiction. *See generally* R&R, ECF No. 7. To the extent Defendant filed an "Amended Complaint" that was meant to be a civil complaint, the R&R recommends the Court dismiss it for failure to state a claim. *Id.*

The R&R notified Defendant of his right to object to the recommendations contained therein and warned Defendant that a failure to timely object would

---

[1] Nothing indicates the cases were removed pursuant to 28 U.S.C. § 1442 or § 1442a.

result in forfeiture of the right to de novo review by the Court or to appeal the Court's adoption of the R&R. *Id.* at 5. Defendant failed to timely object.

Accordingly, the Court **ADOPTS** the R&R and **REMANDS** this case to the Vinton County Court. Any "Amended Complaint" in this removed criminal case is **DISMISSED**. The Clerk shall close this case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**